

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2018

No. 04-17-00312-CR

Saturnino **GUTIERREZ JR**.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0462-CR-A
Honorable William Old, Judge Presiding

# O R D E R

In this appeal, Appellant's court-appointed counsel filed an *Anders* brief and notified Appellant of his right to file a pro se brief. Thereafter, the State waived its right to file a response to the *Anders* brief. *See Anders v. California*, 386 U.S. 738, 744 (1967). On March 1, 2018, Appellant Saturnino Gutierrez Jr., who is indigent, moved this court for a free copy of the appellate record. *See* TEX. R. APP. P. 20.2.

Appellant's motion for a free copy of the appellate record is GRANTED.

We direct the clerk of this court to (1) provide Appellant with a printed copy of the appellate record—the clerk's and reporter's records—at no cost to Appellant, (2) record in this court's records the date the appellate record was mailed to Appellant, and (3) do both these tasks within FIVE DAYS of the date of this order. *See id.*; *Newman v. State*, 937 S.W.2d 1, 3 (Tex. Crim. App. 1996) ("[T]he trial court has a duty to provide an indigent defendant with an adequate record on appeal.").

The appellate record should be mailed to Appellant at the following address:

Saturnino Gonzalez Jr.
TDCJ Number 01861143
McConnell Unit
3001 Emily Drive

Beeville, TX 78102-8696

Appellant's pro se brief will be due THIRTY-FIVE DAYS after this court mails Appellant a printed copy of the appellate record. *See* TEX. R. APP. P. 38.6(a).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2018.

Keith E. Hottle
Clerk of Court